UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

MAR 1 5 2006

CLERK, U.S. DISTRICT COURT
By _____
**Deputy**

---------------------------------------------------------------X

CBS BROADCASTING, INC., COLUMBIA
PICTURES INDUSTRIES, INC., DISNEY
ENTERPRISES, INC., TWENTIETH CENTURY
FOX FILM CORPORATION, and WARNER BROS.
ENTERTAINMENT INC.,

                   Plaintiffs,

      v.

DOES 1 - 10

                   Defendants.

-------------------------------------------------------------X

No. 3:06-CV-338-R
(Judge Buchmeyer)

## PLAINTIFFS' EXPEDITED MOTION FOR IMMEDIATE DISCOVERY TO PRESERVE EVIDENCE OF COPYRIGHT INFRINGEMENT

By this motion, Plaintiffs seek leave to take early discovery for the purpose of preserving

evidence of copyright infringement currently located on servers in possession of the Internet

Service Provider ("ISP") ThePlanet.com ("ThePlanet"). The unknown Defendants "Does 1-10"

are responsible for massive theft of Plaintiffs' motion pictures and television programs over the

Internet by operation of the website www.binnews.com. That website is hosted by ThePlanet.

ThePlanet has informed Plaintiffs' counsel that the operators have canceled their account as of

April 1. At that time, Defendants may move operation of the website causing the widespread

infringement to another server, and may destroy some of the evidence in the process. Plaintiffs

thus request limited discovery for the purpose of sending a subpoena to ThePlanet to preserve

evidence in its possession, custody, or control relating to Defendants' operation of the server and

website associated with www.binnews.com.



Respectfully submitted,

*Kristen G. Schulz*

Kristen G. Schulz
Texas State Bar No. 00796607
JENNER & BLOCK LLP
1717 Main Street, Suite 3150
Dallas, TX 75201-4647
Phone: (214) 746-5700
Fax:     (214) 746-5757

*by permission*
*William R. Stoughton*
WILLIAM R. STOUGHTON
Bar No. 00768781

Katherine A. Fallow
Duane C. Pozza
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C.  20005
Phone:  (202) 639-6000
Fax:     (202) 639-6066

*Attorneys for Plaintiffs*

Dated: March 15, 2006

## CERTIFICATE OF CONFERENCE

Plaintiffs have not yet verified the incomplete information they have received about the

true identities of the Defendants, who operate their website and server anonymously, and thus

there are no named Defendants with whom to confer before filing this Motion.