

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CBS BROADCASTING, INC., et al. | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | NO. 3:06-cv-0338-R |
| DOES 1-10, | § § | |
| *Defendants.* | § § | |

*U.S. DISTRICT NORTHERN DISTRICT OF TEXAS*
**FILED**
MAR 29 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## ORDER GRANTING LEAVE

Before the Court is Plaintiff's Motion to Take Leave for Immediate Discovery and its Brief in support thereof. As Plaintiff has shown good cause, this Motion is **GRANTED**. Plaintiffs may serve a subpoena on ThePlanet.com requesting that ThePlanet preserve available evidence in its possession, custody, and control relating to Defendants' operation of the server(s) and website associated with www.binnews.com

**It is so ORDERED.**

**ENTERED:** March 29, 2006.

JERRY BUCHMEYER, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS