UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CBS BROADCASTING, INC., <br> COLUMBIA PICTURES INDUSTRIES, INC., <br> DISNEY ENTERPRISES, INC., <br> TWENTIETH CENTURY FOX FILM <br> CORPORATION, and WARNER BROS. <br> ENTERTAINMENT INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH MORGANELLI, BINNEWS, LLC, and <br> DOES 1-8, <br><br> Defendants. | § § § § § § § § § § § § § § § § | No. 3:06-CV-338-R |

**ORDER GRANTING UNOPPOSED JOINT MOTION FOR TEMPORARY STAY OF PROCEEDINGS**

Having reviewed the Unopposed Joint Motion for Temporary Stay of Proceedings, and for good cause shown, IT IS HEREBY ORDERED that this case is stayed for an additional sixty (60) days, and the Scheduling Order is hereby modified to the extent that all pending deadlines are extended for an additional sixty days.

_____

**JERRY BUCHMEYER**
**SENIOR UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**